**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 14-00324MJ |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Jason Daniel Smith, | |
| Defendant. | |

On August 29, 2014, defendant Jason Daniel Smith appeared before this Court in connection with a petition to revoke conditions of release filed in the District of New Mexico, case number 2:14-CR-02092-KG. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

This Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of the defendant as required. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings in the District of New Mexico.

Dated this 29th day of August, 2014.

_____
JOHN A. BUTTRICK
United States Magistrate Judge